IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

QUENTIN R. BURKES,

     Appellant,

v.

Case No. 5D22-2368
LT Case No. 2007-CF-048502-AX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, III, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Stephen R. Putnam,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., JAY and SOUD, JJ., concur.